# UNITED STATES DISTRICT COURT

for the

Western District of Washington

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

SUBJECT PARCELS bearing confirmation nos. EJ595717530US and EJ301660997US more fully described in Attachment A.

Case No.   MJ21-166

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A, incorporated by reference.

located in the _____Western_____ District of _____Washington_____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances |
| 21 U.S.C. § 843(b) | Unlawful Use of a Communication Facility, including U.S. Mail, to Facilitate the Distribution of Controlled Substances |

The application is based on these facts:

✓ See Affidavit of Postal Inspector Michael S. Fischlin, continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or: ☐ telephonically recorded.

_____
*Applicant's signature*

Michael S. Fischlin, USPIS
*Printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: ___March 24, 2021___

_____
*Judge's signature*

City and state: ___Seattle, Washington___

Paula L. McCandlis, United States Magistrate Judge
*Printed name and title*

STATE OF WASHINGTON          )
                             )    ss
COUNTY OF KING               )

### AFFIDAVIT

I, Michael S. Fischlin, being first duly sworn on oath, depose and say:

### AFFIANT BACKGROUND

1.      I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.  I have been employed as a Postal Inspector since June 2016 and am currently assigned to Seattle Division Headquarters, located in Seattle, Washington.  As part of my duties, I investigate the use of the United States Postal Service ("USPS") to illegally mail and receive controlled substances, the proceeds of drug trafficking, and instrumentalities associated with drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances) and 843(b) (unlawful use of a communication facility, including USPS, to facilitate the distribution of controlled substances).  I have attended a one-week training course presented by the USPIS where I received specialized training in the investigation of controlled substances in the United States mails.  I have received training on the identification of controlled substances, interdiction of controlled substances and proceeds thereof.  I have also become familiar with methods used by individuals to hide, convert, or otherwise conceal illicit narcotics proceeds, and the efforts of persons engaged in transportation and laundering of illicit proceeds to avoid detection, apprehension, and seizure by law enforcement.

2.      The information contained in this affidavit is based upon knowledge I gained from my investigation, my personal observations, my training and experience, and investigation by other inspectors, agents, and officers.  Because the purpose of this affidavit is limited to setting forth probable cause to search the parcels identified below, I

AFFIDAVIT OF PI MICHAEL FISCHLIN – 1
USAO# 2021R00245

1  have not set forth every fact of which I am aware pertaining to the investigation.  Rather,

2  I have included only those facts relevant to the determination of probable cause.

3          3.      Through my training and experience, I am aware that USPS is often used to

4  transport controlled substances and/or the proceeds from the sales of controlled

5  substances throughout the United States.  I have learned and observed that sometimes

6  drug traffickers mail controlled substances and proceeds in the same parcel.  I am also

7  aware that proceeds from the sales of controlled substances are transported in the form of

8  cash, money orders and other monetary instruments. I am aware that cash, as well as

9  money orders purchased with cash, are desirable forms of payment for drug traffickers,

10 given that they are difficult for law enforcement to track.

11         4.      I also know that drug traffickers prefer delivery services such as USPS

12 Express and Priority Mail because of the reliability of these services and the ability to

13 track the article's progress to the intended delivery point.  When a drug trafficker learns

14 that a mailed article has not arrived as scheduled, he/she becomes suspicious of any

15 delayed attempt to deliver the item.

16         5.      In addition, I am aware that the USPS Express and Priority Mail services

17 were custom-designed to fit the needs of businesses by providing overnight delivery for

18 time-sensitive materials.  Business mailings often contain typewritten labels, are in flat

19 cardboard mailers, and usually weigh less than eight (8) ounces.  Businesses often use

20 corporate charge accounts and/or print their account number on the Express and Priority

21 Mail label in order to expedite transactions with USPS.

22         6.      Based on my training and experience concerning the use of Express and

23 Priority Mail for the transportation of controlled substances and/or the proceeds from the

24 sales of controlled substances, I am aware that these parcels usually contain some or all

25 of the following characteristics (which are different than characteristics of parcels being

26 sent by legitimate businesses):

27              a.      Unlike typical Express and Priority Mail business mailings which

28 usually have typed labels, parcels containing controlled substances and/or proceeds often

AFFIDAVIT OF PI MICHAEL FISCHLIN – 2
USAO# 2021R00245

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  have handwritten address information.  In addition, the address information often
2  contains misspelled words or incomplete/incorrect addresses.  This is done in an effort to
   help conceal the true identities of the individuals involved.
3
4          b.      The handwritten label on Express and Priority Mail parcels
   containing controlled substances and/or proceeds often does not contain a business
5  account number and/or credit card number.  This is an indication that the sender likely
6  paid cash.  A credit card or business account number would more likely enable law
   enforcement officers to connect the parcel to identifiable individuals.
7
8          c.      Express and Priority Mail parcels containing controlled substances
9  and/or proceeds often stand out from typical business mailings as they do not bear any
   advertising on the mailing container/box, and are usually being mailed from one
10 individual to another.

11         d.      The sender and/or recipient addresses on Express and Priority Mail
12 parcels containing controlled substances and/or proceeds often are either fictitious or
   persons not known to postal personnel familiar with the addresses listed.
13
14         e.      The zip codes for the sender addresses on Express and Priority Mail
   parcels containing controlled substances and/or proceeds often are different from the zip
15 codes of the post offices from where the parcels were mailed.
16
17         f.      Express and Priority Mail parcels containing controlled substances
   and/or proceeds are often heavily taped on their seams in an effort to conceal scent.
18
19         g.      Express and Priority Mail parcels containing controlled substances
   and/or proceeds often include a waiver of signature.

20     7.      Inspectors who encounter a parcel with any or all of the above
21 characteristics often further scrutinize the parcel by, among other tactics, conducting
22 address verifications and using a trained narcotic-detecting canine.
23                              **ITEMS TO BE SEARCHED**
24     8.      As set forth in Attachment A, this affidavit is made in support of an
25 application for a search warrant for two USPS Express Mail parcels (collectively the
26 "SUBJECT PARCELS").  The parcels are believed to contain controlled substances or
27 proceeds from the sale of controlled substances.  The SUBJECT PARCELS are further
28 described as follows:

AFFIDAVIT OF PI MICHAEL FISCHLIN – 3
USAO# 2021R00245

**SUBJECT PARCEL #1:** One Express Mail parcel addressed to "Jermarcus Sanders, 8801 52nd Ave S.W. Apt J-102, Lakewood, WA 98499" with a return address of "Deshay Pannell, 4168 Mistymorn Way, Powder Springs, GA 30127." This parcel measures approximately 11.25" x 8.75" x 6" with a weight of approximately 1 pound, 8 ounces. SUBJECT PARCEL #1 is postmarked March 22, 2021, from zip code 30127 in Powder Springs, GA, and carries $53.30 in postage. The delivery confirmation number is EJ 595 717 530 US.

**SUBJECT PARCEL #2:** One Express Mail parcel addressed to "Shayvonne Barrett, 8801 52nd Ave S.W. Apt J-102, Lakewood, WA 98499" with a return address of "Shaquantae Morrow, 4629 Allenville Road, Faunsdale, AL 36738." This parcel measures approximately 12" x 3.5" x 14" with a weight of approximately 1 pound, 6 ounces. SUBJECT PARCEL #2 is postmarked March 22, 2021, from zip code 36732 in Demopolis, AL, and carries $53.30 in postage. The delivery confirmation number is EJ 301 660 997 US.

The SUBJECT PARCELS are currently in the custody of the USPIS located at 10700 27th Ave S., Seattle, Washington.

### ITEMS TO BE SEIZED

9.     The application requests that law enforcement officers and agents be authorized to seize the following from the SUBJECT PARCELS, which constitute the fruits, instrumentalities, and evidence of mailing and distribution of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances) and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances):

AFFIDAVIT OF PI MICHAEL FISCHLIN – 4
USAO# 2021R00245

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a.      Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

b.      Monetary instruments, including but not limited to, currency, money orders, bank checks, and gift cards;

c.      Controlled substance-related paraphernalia;

d.      Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e.      Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f.      Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

## THE INVESTIGATION

10.      On March 23, 2021, U.S. Postal Inspectors were performing an Express Mail interdiction at the USPS mail facility located at the Seattle Processing and Distribution Center, 10700 27th Ave S., Seattle, Washington.  The interdiction was targeting inbound Express parcels suspected of containing controlled substances and/or proceeds from the distribution of controlled substances.

11.      During the interdiction, the SUBJECT PARCELS were identified for further inspection.  Based on my training and experience, the SUBJECT PARCELS exhibit many of the characteristics of parcels containing controlled substances and/or proceeds from the distribution of controlled substances.  Specifically, SUBJECT PARCEL #1 bears a handwritten label that waives any signature requirement, excessive tape, and lacks a phone number for the recipient.  I know through my training and experience that these are tactics commonly used by drug traffickers using the U.S. mails in an attempt to elude detection by law enforcement.  Furthermore, SUBJECT PARCEL #1 was shipped from Powder Springs, Georgia to Lakewood, Washington.  I know through my training and experience that Georgia is a destination state for marijuana parcels shipped from the source state of Washington, and that Washington drug

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

distributors often collect payment for marijuana sales through Express and/or Priority Mail parcels shipped to Washington.

12.     SUBJECT PARCEL #2 bears a handwritten label that waives any signature requirement, lacks a phone number for the recipient, originates in a different zip code than what the sender wrote on the return address, and postage was paid in cash.  I know through my training and experience that these are tactics commonly used by drug traffickers using the U.S. mails in an attempt to elude detection by law enforcement. Furthermore, SUBJECT PARCEL #2 was shipped from Demopolis, Alabama to Lakewood, Washington.  I know through my training and experience that Alabama is a destination state for marijuana parcels shipped from the source state of Washington, and that Washington drug distributors often collect payment for marijuana sales through Express and/or Priority Mail parcels shipped to Washington.

13.     On March 23, 2021, the SUBJECT PARCELS were removed from the mail stream in Seattle, Washington for further investigation.

14.     Using USPS and law enforcement databases, I researched the sender name and address listed on SUBJECT PARCEL #1.  That research reflects the address "4168 Mistymorn Way, Powder Springs, GA 30127" is a true and deliverable address.  An individual by the name of "*Edward* Deshay Pannell" is associated with "4168 Mistymorn Way, Powder Springs, GA 30127."

15.     Using USPS and law enforcement databases, I researched the recipient address.  I learned the address "8801 52nd Ave S.W. Apt J-102, Lakewood, WA 98499" is a true and deliverable address.  An individual by the name of "Jermarcus Sanders" is associated with "8801 52nd Ave S.W. Apt J-102, Lakewood, WA 98499."  USPS business records showed that one additional Express Mail parcel had been sent from Georgia to this address in December 2020.

16.     Using USPS and law enforcement databases, I researched the sender name and address listed on SUBJECT PARCEL #2.  That research reflects the address "4629 Allenville Road, Faunsdale, AL 36738" is a true and deliverable address.  An individual

AFFIDAVIT OF PI MICHAEL FISCHLIN – 6
USAO# 2021R00245

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  by the name of "Shaquantae Morrow" *is not* associated with "4629 Allenville Road,
2  Faunsdale, AL 36738."

3      17.    Using USPS and law enforcement databases, I researched the recipient
4  address.  An individual by the name of "Shayvonne Sanders (maiden name *Barrett*)" is
5  associated with "8801 52nd Ave S.W. Apt J-102, Lakewood, WA 98499."  USPS business
6  records showed that 14 additional Express Mail parcels had been sent from Alabama to
7  this address since late September 2020.

8      18.    Furthermore, during an interdiction in January 2021, an Express Mail
9  parcel sent from Alabama which was addressed to "Jermarcus Sanders" at "8801 52nd
10 Ave S.W. Apt J-102, Lakewood, WA 98499" was detained.  Apollo, a narcotic-detection
11 dog had indicated to the positive odor of narcotics emitting from the parcel.  I obtained
12 consent from Sanders to open the parcel.  The parcel contained $15,880 in U.S. currency
13 which had been found vacuum-sealed within packages of baby wipes.  Sanders stated he
14 did not expect to receive U.S. currency.  I asked Sanders why he would be sent a large
15 sum of money to which he replied, "maybe it's a gift."  I advised Sanders the U.S.
16 currency was suspected to be proceeds from the distribution of controlled substances and
17 as a result would be seized.

18     19.    Based upon this information on March 23, 2021, I requested the assistance
19 of Officer Kristina Johnson with U.S. Customs and Border Protection, and her narcotics
20 detecting canine partner "Remi." [1]  I placed four control parcels in a line-up in an open
21 parking lot with SUBJECT PARCEL #2 in position #3.  Officer Johnson and Remi began
22 to search in a systematic manner.  Officer Johnson reported a change in behavior when
23 Remi approached SUBJECT PARCEL #2.  Remi stopped, took several deep breaths, and
24 sat indicating the positive odor of narcotics emitting from SUBJECT PARCEL #2.  An

25
26
27
28

[1] SUBJECT PARCEL #1 was separately placed in a line-up in an open parking lot with four control parcels.  Officer Johnson did not report a change in behavior when Remi approached SUBJECT PARCEL #1.

AFFIDAVIT OF PI MICHAEL FISCHLIN – 7
USAO# 2021R00245

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

affidavit detailing Officer Johnson's training and qualifications with Remi is attached
hereto and incorporated herein by reference.

**CONCLUSION**

20.     Based on the facts set forth in this Affidavit, I believe there is probable
cause to conclude that the SUBJECT PARCELS contain controlled substances,
documents, or other evidence, more fully identified in Attachment B, related to the
mailing and distribution of controlled substances, in violation of Title 21, United States
Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled
substances) and 843(b) (unlawful use of a communication facility, including the U.S.
mails, to facilitate the distribution of controlled substances).


MICHAEL S. FISCHLIN
United States Postal Inspector


The above-named agent provided a sworn statement attesting to the truth of the
contents of the foregoing affidavit by telephone on this 24th day of March 2021.


PAULA L. McCANDLIS
United States Magistrate Judge

**ATTACHMENT A**
Parcels to be searched

**SUBJECT PARCEL # 1:** One Express Mail parcel addressed to "Jermarcus Sanders, 8801 52nd Ave S.W. Apt J-102, Lakewood, WA 98499" with a return address of "Deshay Pannell, 4168 Mistymorn Way, Powder Springs, GA 30127." This parcel measures approximately 11.25" x 8.75" x 6" with a weight of approximately 1 pound, 8 ounces. SUBJECT PARCEL #1 is postmarked March 22, 2021, from zip code 30127 in Powder Springs, GA, and carries $53.30 in postage. The delivery confirmation number is EJ 595 717 530 US.

**SUBJECT PARCEL #2:** One Express Mail parcel addressed to "Shayvonne Barrett, 8801 52nd Ave S.W. Apt J-102, Lakewood, WA 98499" with a return address of "Shaquantae Morrow, 4629 Allenville Road, Faunsdale, AL 36738." This parcel measures approximately 12" x 3.5" x 14" with a weight of approximately 1 pound, 6 ounces. SUBJECT PARCEL #2 is postmarked March 22, 2021, from zip code 36732 in Demopolis, AL, and carries $53.30 in postage. The delivery confirmation number is EJ 301 660 997 US.

The SUBJECT PARCELS are currently in the custody of the USPIS located at 10700 27th Ave S., Seattle, Washington.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

### ATTACHMENT B
#### Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section 841(a)(1), distribution and possession with intent to distribute controlled substances, and Section 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

a.      Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

b.      Monetary instruments, including but not limited to, currency, money orders, bank checks, and gift cards;

c.      Controlled substance-related paraphernalia;

d.      Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e.      Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f.      Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

ATTACHMENT B - 1
USAO#